**CAROL J. BERNICK, OSB #89409**
carolbernick@dwt.com
**CAROL A. NOONAN, OSB #02407**
carolnoonan@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Of Attorneys for Applied Materials, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **GREGORY ROQUE, an individual**<br><br>    **PLAINTIFF**,<br><br> v.<br><br>**APPLIED MATERIALS, INC., a Delaware Corporation**<br><br>    **DEFENDANT**. | Case No. CV03 1564 ST<br><br>**DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO ABATE AND COMPEL ARBITRATION**<br><br>**Oral argument requested** |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, counsel for defendant Applied Materials certifies that she conferred with counsel for plaintiff Gregory Roque about this issue prior to filing this motion.  The parties have been unable to agree.

### MOTION

Pursuant to § 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"), defendant Applied Materials, Inc. moves this Court for an Order dismissing plaintiff Gregory

Roque's Complaint, or in the alternative abating the claims, and compelling arbitration under the FAA.  In support of the Motion, defendant relies upon the memorandum in support of its motion filed herewith and the Declaration of Linda Knowles.

DATED this 15th day of December, 2003.

**DAVIS WRIGHT TREMAINE LLP**

By   /s/ Carol J. Bernick
**CAROL J. BERNICK,** OSB #89409
**CAROL A. NOONAN,** OSB #02407
(503) 241-2300
Of Attorneys for Applied Materials